JS-6

David Harford, California Bar No. 270696
Co-Counsel (admitted pro hac vice):
Christopher P. Galanek
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
Email:          david.harford@bryancave.com

Attorney for Defendant
KIMBERLY-CLARK WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARICELA RODRIGUEZ, | Case No. 2:13-CV-6484-R-(JEMx) |
| Plaintiff, | Hon. Judge Manuel L. Real |
| v. | **JUDGMENT** |
| WILSON INDUSTRIES; KIMBERLY-CLARK WORLDWIDE, INC.; KIMBERLY-CLARK CORPORATION; JACKSON-SAFETY; and DOES 1 through 100, Inclusive, | Date:          August 4, 2014<br>Time:          10:00 a.m.<br>Courtroom: 8<br><br>Complaint Filed:   August 1, 2013<br>Trial Date:           September 9, 2014 |
| Defendants. | |

# JUDGMENT

This action having come before the Court for consideration of Defendant Kimberly-Clark Worldwide, Inc.'s ("KCW") Motion for Summary Judgment and the Court having GRANTED said Motion, it is ORDERED AND ADJUDGED that Plaintiff Maricela Rodriguez take nothing; that KCW recover its costs of this action, and the action be dismissed.

DATED: September 2, 2014

_____
Hon. Manuel L. Real

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386